## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

ALLEN SIMS and
RHONDA SIMS,   CASE NO. 2:17-cv-13069-NGE-RSW
    Plaintiffs,

vs.

SHERMETA LAW GROUP, PLLC,
    Defendant.
_____

## NOTICE OF SETTLEMENT

Plaintiff and Defendant, Shermeta Law Group, PLLC, have agreed to settle this lawsuit and intend to file a Stipulation of Dismissal, with prejudice, no later than April 5, 2018.

    Respectfully Submitted,

    /s/Mark Linton
    Mark Linton (P66503)
    Credit Repair Lawyers of America
    22142 W. Nine Mile Road
    Southfield, MI 48033
    (248) 353-2882

Dated: February 5, 2018    mark@crlam.com

## PROOF OF SERVICE

I, Mark Linton, hereby state that on February 5, 2018, I served a copy of the within pleading upon all counsel of record via the ECF System.

  /s/ Mark Linton