UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLEN SIMS and
RHONDA SIMS,                    CASE NO.  2:17-cv-13069-NGE-RSW
    Plaintiffs,

vs.

SHERMETA LAW GROUP, PLLC,
    Defendant.
_____

## NOTICE OF VOLUNTARY DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS TO EITHER PARTY

The Plaintiff hereby dismisses the within action against Defendant Shermeta Law Group, P.C., with prejudice and without costs to either party.

    Respectfully submitted

April 14, 2018                    /s/ Gary Nitzkin_____
    GARY D. NITZKIN (P41155)
    Attorney for Plaintiff
    22142 West Nine Mile Road
    Southfield, MI 48033
    (248) 353-2882
    gary@crlam.com

## PROOF OF SERVICE

I, Gary Nitzkin, hereby state that on April 14, 2018, I served a copy of the within pleading upon all counsel of record via the ECF System.

    _/s/ Gary Nitzkin_____